UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH M. JONES,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF PITTSBURG, CA, a governmental entity; AARON BAKER, in his capacity of Chief of Police for the City of Pittsburg; OFFICER DUMPA (Officer #291) of the Pittsburg Police Department, individually, and in his capacity as a police officer; and DOES 1-20, inclusive, individually, and in their capacity as police officers for the City of Pittsburg,<br><br>        Defendants. | Case No.: C11-00294 TEH |

ORDER

Good cause having been shown due to the unavailability of Plaintiff's Counsel, the Case Management Conference scheduled for June 6, 2011 is rescheduled to June 13, 2011 at 1:30 pm.

Dated: 06/06/2011

_____
The Honorable Thelton E. Henderson
Judge of the United States District Court