IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH M. JONES,

          Plaintiff,

v.

CITY OF PITTSBURG, et al.,

          Defendant.

NO. C11-0294 TEH

ORDER DENYING WITHOUT PREJUDICE MOTION TO WITHDRAW

This matter comes before the Court on Cecily Gray's one-paragraph motion to withdraw as counsel of record for Plaintiff Kenneth M. Jones. The motion is DENIED without prejudice because it fails to set forth any basis for counsel's withdrawal. For example, Gray fails to address whether withdrawal is permitted by the California Rules of Professional Conduct. Gray also asserts that Jones will represent himself in pro per, but this second-hand representation is insufficient; a signed declaration by Jones is required.

**IT IS SO ORDERED.**

Dated: 08/25/11

                                        THELTON E. HENDERSON, JUDGE
                                        UNITED STATES DISTRICT COURT