UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| KENNETH JONES,<br>    Plaintiff, | No. C 11-0294 TEH |
| v. | **ORDER RE: ATTENDANCE** |
| CITY OF PITTSBURG, et al.<br>    Defendants. | Date:      October 24, 2011<br>Evaluator:  William Chapman |

IT IS HEREBY ORDERED that the request to excuse defendant Chief of Police Aaron Baker from participating in the October 24, 2011 ENE before William Chapman is GRANTED.

IT IS SO ORDERED.

August 29, 2011          By:         _____
Dated                                     Elizabeth D. Laporte
                                          United States Magistrate Judge