PETER P. EDRINGTON, Esq. (074355)
OWEN T. ROONEY, Esq. (127830)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendants CITY OF PITTSBURG,
AARON BAKER, OFFICER DUMPA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH M. JONES,<br><br>        Plaintiff,<br>vs.<br><br>CITY OF PITTSBURG, CA, a governmental entity; AARON BAKER, in his capacity of Chief of Police for the City of Pittsburg; OFFICER DUMPA (Officer #291) of the Pittsburg Police Department, individually, and in his capacity as a police officer; and DOES 1-20, inclusive, individually, and in their capacity as police officers for the City of Pittsburg,<br><br>        Defendants. | CASE NO.: C11-00294 TEH<br><br>**STIPULATION FOR ORDER OF ENTRY OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |

    WHEREAS all parties to this action, namely, Plaintiff KENNETH M. JONES and Defendants CITY OF PITTSBURG, PITTSBURG POLICE DEPT., AARON BAKER, SANKARA DUMPA and RYAN RUFF (the "Settling Parties"), have reached a mutual and amicable settlement to fully and finally resolve all matters concerning the Settling Parties without trial;

    WHEREAS the Settling Parties agree to pay their own attorneys' fees and costs;

1

Stipulation for Order of Dismissal

1  WHEREAS there are no further issues for the Court to resolve as between the Settling
2  Parties; and
3  WHEREAS the Settling Parties have agreed that the Court should retain jurisdiction for
4  the purpose of enforcing the terms of the settlement,
5  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:
6  1. This action, including each of Plaintiff's causes of action set out in Plaintiff's
7  Complaint against all named defendants, CITY OF PITTSBURG, PITTSBURG POLICE DEPT.,
8  AARON BAKER, SANKARA DUMPA and RYAN RUFF, shall be dismissed with prejudice,
9  with each party to bear its own attorneys' fees and costs.
10  2. The Court shall retain jurisdiction to enforce the terms of the Settling Parties'
11  Settlement.
12  IT IS SO STIPULATED.
13  DATED: February 3, 2012                    LAW OFFICES OF CECILY GRAY

By _____
Cecily Gray, Attorney for Plaintiff

17  DATED: February 2/, 2012                  EDRINGTON, SCHIRMER & MURPHY LLP

By _____
Peter P. Edrington, Esq.
Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 23, 2012

By _____
Judge Thelton E. Henderson
United States District Court
Northern District of California

2

Stipulation for Order of Dismissal