1  PETER P. EDRINGTON, Esq. (074355)
   OWEN T. ROONEY, Esq. (127830)
2  EDRINGTON, SCHIRMER & MURPHY LLP
   2300 Contra Costa Boulevard, Suite 450
3  Pleasant Hill, CA  94523-3936
   Telephone:  (925) 827-3300
4  Facsimile:   (925) 827-3320

5  Attorneys for Defendants CITY OF PITTSBURG,
   AARON BAKER, OFFICER DUMPA
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 KENNETH M. JONES,                          )   CASE NO.: C11-00294 TEH
                                              )
12                                            )
                 Plaintiff,                   )
13      vs.                                   )
                                              )
14                                            )
   CITY OF PITTSBURG, CA, a governmental      )   **STIPULATION FOR ORDER OF**
15 entity; AARON BAKER, in his capacity of    )   **ENTRY OF DISMISSAL WITH**
   Chief of Police for the City of Pittsburg; )   **PREJUDICE AND [**~~PROPOSED~~**] ORDER**
16 OFFICER DUMPA (Officer #291) of the        )
   Pittsburg Police Department, individually, )
17 and in his capacity as a police officer; and )
   DOES 1-20, inclusive, individually, and in )
18 their capacity as police officers for the City of )
   Pittsburg,                                 )
19                                            )
                 Defendants.                  )
20 _____)

21      WHEREAS all parties to this action, namely, Plaintiff KENNETH M. JONES and

22 Defendants CITY OF PITTSBURG, PITTSBURG POLICE DEPT. , AARON BAKER,

23 SANKARA DUMPA and RYAN RUFF (the "Settling Parties"), have reached a mutual and

24 amicable settlement to fully and finally resolve all matters concerning the Settling Parties without

25 trial;

26      WHEREAS the Settling Parties agree to pay their own attorneys' fees and costs;

27

28                                          1
   Stipulation for Order of Dismissal

|   |   |
|---|---|
| 1 | WHEREAS there are no further issues for the Court to resolve as between the Settling Parties; and |
| 3 | WHEREAS the Settling Parties have agreed that the Court should retain jurisdiction for the purpose of enforcing the terms of the settlement, |
| 5 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS: |
| 6 | 1. This action, including each of Plaintiff's causes of action set out in Plaintiff's Complaint against all named defendants, CITY OF PITTSBURG, PITTSBURG POLICE DEPT., AARON BAKER, SANKARA DUMPA and RYAN RUFF, shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs. |
| 10 | 2. The Court shall retain jurisdiction to enforce the terms of the Settling Parties' Settlement. |

IT IS SO STIPULATED.

DATED: February 3, 2012            LAW OFFICES OF CECILY GRAY

By _____
Cecily Gray, Attorney for Plaintiff

DATED: February 21, 2012            EDRINGTON, SCHIRMER & MURPHY LLP

By _____
Peter P. Edrington, Esq.
Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 23, 2012

By _____
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation for Order of Dismissal

2